BAE SYSTEMS
11400 Commerce Park Drive
Suite 600
Reston, Virginia 22091-1506

# CERTIFICATE OF SERVICE

```
District/off: 0869-4          User: mnels              Page 1 of 1              Date Rcvd: Mar 14, 2001
Case: 00-41028                Form ID: 168             Total Served: 4

The following entities were served by first class mail on Mar 16, 2001.
db        Canovi, Scott Anthony,    712 S. Covell Ave.,    Sioux Falls, SD 57104
aty       Blake, Thomas A.,    #202, 505 W. 9th St.,    Sioux Falls, SD 57104
db        Canovi, Angela Faye,    712 S. Covell Ave.,    Sioux Falls, SD 57104
tr        Lovald, John S.,    PO Box 66,    Pierre, SD 57501

The following entities were served by electronic transmission.
NONE.                                                                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

RECEIVED/FILED

Date: Mar 16, 2001        MAR 19 10 42 AM '01        Signature: *Joseph Speetjens*

CLERK
U.S. BANKRUPTCY COURT
DIST. OF SOUTH DAKOTA

19

000006

# United States Bankruptcy Court
### District of South Dakota

In re:  
   **Scott Anthony Canovi , 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**  
   **Angela Faye Canovi , 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**  
   <sub>Other names used - Angela F. Mahnke</sub>

Case Number: 00 - 41028  
Chapter: 7

## ORDER DISCHARGING TRUSTEE AND CLOSING CASE

IT APPEARING that Trustee John S. Lovald has filed a final report and final account; and

IT FURTHER APPEARING that the trustee has certified that the estate has been fully administered; and

IT FURTHER APPEARING that no timely objection has been filed by the United States Trustee or a party in interest;

IT IS HEREBY ORDERED that the trustee is discharged; and

IT IS FURTHER ORDERED that the case is closed.

Dated:   3/14/01

BY THE COURT

s/  
Irvin N. Hoyt  
United States Bankruptcy Judge

ATTEST:  
Charles L. Nail , Jr., Clerk

s/  
By: Deputy Clerk  
   (SEAL)